# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

IPOX SCHUSTER LLC,

    Plaintiff,

v.                                      Case No: 8:23-cv-1077-CEH-AAS

PRE IPO X, LLC,

    Defendant.

_____

## ORDER

This cause comes before the Court on Plaintiff IPOX Schuster, LLC's Notice of Voluntary Dismissal Without Prejudice (Doc. 9). In the Notice, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses its claims without prejudice.

In accord with the Notice of Voluntary Dismissal Without Prejudice, it is **ORDERED:**

1) This cause is dismissed without prejudice.

2) The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on July 17, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties